UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FELICIA GIARDINA** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 13-6760** |
| **CORNERSTONE CHEMICAL COMPANY** | **SECTION: "G"(2)** |

## JUDGMENT

In accordance with this Court's written Order and Reasons entered January 21, 2015;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Defendant Cornerstone Chemical Company, and against Plaintiff Felicia Giardina, dismissing Plaintiff's claims with prejudice.

**NEW ORLEANS, LOUISIANA**, on this __21st__ day of January, 2015.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**